# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0781

_____

WALTON COUNTY BOARD OF
COUNTY COMMISSIONERS and
PREFERRED GOVERNMENTAL
CLAIMS SOLUTIONS,

　　Appellants,

　　v.

SHERRY TEAL MCHENRY,

　　Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Jonathan E. Walker, Judge.

Dates of Accident:　November 28, 2014; November 28, 2016.

September 18, 2018

PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR, J., and KETCHEL, TERRANCE R.,
ASSOCIATE JUDGE, concur.

_____

　　***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Brian T. Hanley of Public Entity Legal Solutions, Lake Mary, for Appellants.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellee.